**93–24.** State ex rel. Yeagley v. Harden. In Quo Warranto. On motion for alternative writ. Motion denied.

PFEIFER, J., would also expedite this cause on the court's calendar.

**93–25.** State ex rel. Smith v. Franklin Cty. Bd. of Elections. In Mandamus. On motion for alternative writ. Motion denied.

PFEIFER, J., not participating.

**93–44.** State ex rel. Celebrezze v. Marshall. In Mandamus. On motion for alternative writ. Motion granted.

WRIGHT, J., not participating.

## JURISDICTIONAL MOTIONS ALLOWED

**92–2121.** Rettig Ent., Inc. v. Koehler. *Hancock County*, No. 5–91–19. (Notice of appeal by Shinew; second notice of appeal by Koehler.)

RESNICK and F.E. SWEENEY, JJ., dissent.

**92–2213.** Scelza v. Emp. Mut. Liab. Ins. Co. *Summit County*, No. 15451. On motion to certify the record and on motion for leave to file memorandum in opposition instanter. Motions granted.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2226.** Dumas v. Estate of Dumas. *Franklin County*, No. 92AP–278.

A.W. SWEENEY, DOUGLAS and F.E. SWEENEY, JJ., dissent.

**92–2235.** Citizens for Fair Taxation v. Toledo. *Lucas County*, No. L–91–302.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**92–2236.** McFarland v. Bruno Machinery Corp. *Warren County*, No. CA91–11–089.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., would allow.

PFEIFER, J., would allow on Proposition of Law No. III only.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2273.** Dandino v. Hoover. *Lucas County*, No. L–91–078.

A.W. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

## JURISDICTIONAL MOTIONS OVERRULED

**92–1519.** Milam v. Tri–County Excavating, Inc. *Cuyahoga County*, No. 60685.

**92–2110.** Bank One of Columbus, N.A. v. Laureano. *Hancock County*, No. 5–92–13.

DOUGLAS, J., dissents.

**92–2210.** Abbott v. Mayfield. *Hamilton County*, No. C–910506.

WRIGHT, RESNICK and PFEIFER, JJ., dissent.

**92–2211.** State v. Flora. *Cuyahoga County*, No. 58862.

**92–2234.** Jackson v. Scioto Downs, Inc. *Franklin County*, No. 92AP–696.

**92–2238.** Mitchell v. Med. College of Ohio. *Franklin County*, No. 92AP–247.

DOUGLAS, J., dissents.

**92–2242.** Allstate Indemn. Co. v. Grange Mut. Cas. Co. *Franklin County*, No. 91AP–1453.

MOYER, C.J., and DOUGLAS, J., dissent.